RECEIVED
NOV 19 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EDDIE WILLIAMS III | CIVIL ACTION NO. 12-489 |
| VERSUS | JUDGE TRIMBLE |
| CORRECTIONS CORP. OF AMERICA, ET AL. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

Based upon the report and recommendation[1] issued by the magistrate judge, which the court finds to be entirely correct under applicable law and jurisprudence, and the plaintiff's own voluntary motion to dismiss,[2] it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's claims against former warden Tim Wilkinson and against Corrections Corporation of America ("CCA") are **DISMISSED** without prejudice. It is further

**ORDERED** that plaintiff's claims against defendants Captain Coleman and Officer Whitiker are preserved for further proceedings.[3]

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 19th day of November, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 11.
[2] R. 17.
[3] The court notes that plaintiff was furnished summons forms at his own request on or about November 7, 2012. See R. 18.